# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4; Sec. 101-112)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, first, middle initial)<br><br>England, Jr., Morrison C. | 2. Court or Organization<br><br>Eastern District of California | 3. Date of Report<br><br>03/21/2002 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Nominee | 5. Report Type (check type)<br><br>X _ Nomination, Date 03/21/2002<br><br>Initial     Annual     Final | 6. Reporting Period<br><br>01/01/2001<br>to<br>03/21/2002 |
| 7. Chambers or Office Address<br><br>720 9th Street, Dept. 20<br><br>Sacramento, CA 95814 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE (No reportable agreements.) | |
| 1 | 03/21/02 | California Judicial Retirement System II-Will provide for return of my 8% contribution and 10% state contribution for rollover into qualified retirement plan |
| 2 | | |
| 3 | | |

## I. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 03/21/02 | State of California | 145,108 |
| 2 | 03/21/02 | County of Sacramento | 11,875 |
| 3 | 03/21/02 | Pharmaceutical Care Network | |
| | | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | | EXEMPT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | | EXEMPT | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Wells Fargo Bank | Construction Loan | M |
| 2 | Wells Fargo Bank | Credit Card | J |
| 3 | First USA Bank | Credit Card | J |
| 4 | | | |
| 5 | | | |
| 6 | | | |

VAL. CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Rental Property, Garden Grove, Orange County, CA | D | Rent | | | Sell | 08/01 | M | A | Todd/Michelle Stockham, Buyers |
| 2 Alliance Premier Growth Fund | | None | K | T | EXEMPT | | | | |
| 3 Massachsetts Investment Trust | | None | K | T | EXEMPT | | | | |
| 4 Dreyfus Premier Worldwide | | None | K | T | EXEMPT | | | | |
| 5 Dreyfus Premier Large Stock | | None | K | T | EXEMPT | | | | |
| 6 Dreyfus FDS Premier Balanced | | None | K | T | EXEMPT | | | | |
| 7 MFS Cap Opportunities | | None | K | T | EXEMPT | | | | |
| 8 Mainstay FDS Equity Index | | None | J | T | EXEMPT | | | | |
| 9 Columbia Balanced fund | | None | K | T | EXEMPT | | | | |
| 10 Columbia Growth Fund | | None | J | T | EXEMPT | | | | |
| 11 Columbia International Fund | | None | J | T | EXEMPT | | | | |
| 12 Columbia Small Cap Fund | | None | J | T | EXEMPT | | | | |
| 13 Lincoln Financial Group | | None | J | T | EXEMPT | | | | |
| 14 Lincoln Financial Group | | None | M | T | EXEMPT | | | | |
| 15 American Home Products Common Stock | | None | J | T | EXEMPT | | | | |
| 16 DuPont Common Stock | | None | J | T | EXEMPT | | | | |
| 17 Microsoft Common Stock | | None | J | T | EXEMPT | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4) F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3) O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2) U=Book Value  V=Other  W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions    (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  Pfizer Common Stock | | None | J | T | EXEMPT | | | | |
| 19  Sun Microsystems Common Stock | | None | J | T | EXEMPT | | | | |
| 20  Edison Common Stock | | None | J | T | EXEMPT | | | | |
| 21  Dreyfus Premium Worldwide Growth B | D | Distribution | | T | Sell | 07/01 | J | | |
| 22  Goldman Sachs Cor US Equity B | D | Distribution | | T | Sell | 08/01 | J | | |
| 23  Massachsette Investment Stock Growth B | D | Distribution | | T | Sell | 07/01 | J | | |
| 24  Massachsetts Investment Trust B | D | Distribution | | | Sell | 08/01 | J | | |
| 25  Wels Fargo Money Market Fund | A | Dividend | J | T | EXEMPT | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

Value Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.
*(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT England, Jr., Morrison C.

Name of Person Reporting

Date of Report
03/21/2002

VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.
*(Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____

Date 3·25·02

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**